IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 112-242 |
| | ) | |
| ADRIAN DIAZ-FONSECA | ) | |
| JOSE RIVEA MONTANO | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. nos. 201, 202).[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Diaz-Fonseca's and Montano's preliminary motions to suppress are **MOOT**, (doc. nos. 127, 128), and their particularized motions to suppress are **DENIED**, (doc. nos. 139, 140).

SO ORDERED this ____ day of June, 2013, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendants were granted an extension of time in which to object to the Report and Recommendation. (Doc. nos. 199, 200.) The government also filed a response in opposition to Defendants' objections. (Doc. no. 203.)